### 19629.   ROBERTS *v.* THE STATE.

BROYLES, C. J.   1. Under repeated rulings of the Supreme Court and of this court a refusal to direct a verdict is never error.

2. In the light of the facts of the case and the entire charge of the court, the alleged errors of commission and omission in the charge do not require a reversal of the judgment.

3. The evidence, while in sharp conflict, authorized the verdict, and the overruling of the motion for a new trial was not error for any reason assigned.   *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1929.

*W. C. Hodges, O. C. Darsey,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.

### 19635.   DAVIS *v.* THE STATE.

BROYLES, C. J.   The bill of exceptions was certified on February 6, 1929, and was filed in the office of the clerk of the trial court on February 23, 1929. The filing having been done more than fifteen days after the date of the certification, this court is without jurisdiction to entertain the case. *Tatum* v. *Trapnell,* 30 *Ga. App.* 104 (117 S. E. 251), and cit.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1929.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.